# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| George Crane, III | | |
| | : | |
| Debtor | : | Bankruptcy No. 21-10233MDC |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated January 29, 2021, this case is hereby DISMISSED.

March 12, 2021

_Magdeline D. Coleman_
Magdeline D Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:
  Certificate of Credit Counseling
  Chapter 13 Plan
  Pro Se Statement
  Ch 13 Income Form 122C-1
  Means Test Calculation 122C-2, if applicable
  Schedules A/B-J
  Statement of Financial Affairs
  Summary Assets & Liabilities B106

bfmisdoc